NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

FARHAD NOVIAN (State Bar No. 118129)
farhad@novianlaw.com
MICHAEL O'BRIEN (SBN 277244)
mobrien@novianlaw.com
NOVIAN & NOVIAN LLP
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
Tel (310) 553-1222

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER, INC., a Delaware corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>FILMDAILY.COM, an unknown business entity, et al.,<br><br>Defendant(s) | CASE NUMBER:<br>2:21-cv-3502<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff TRILLER, INC._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| TRILLER, INC., a Delaware corporation | Plaintiff |
| FILMDAILY.COM, an unknown business entity | Defendant |
| ACCESSTVPRO.CO, an unknown business entity | Defendant |
| ONLINE2LIVESTREAM.US, an unknown business entity | Defendant |
| CRACKSTREAMSLIVE.COM, an unknown business entity | Defendant |
| SPORTS-TODAY.CLUB, an unknown business entity | Defendant |
| MY-SPORTS.CLUB, an unknown business entity | Defendant |
| BILASPORT.COM, an unknown business entity | Defendant |
| TRENDY CLIPS, an unknown business entity | Defendant |
| MIKE, an unknown business entity | Defendant |
| YOUR EXTRA, an unknown business entity | Defendant |
| ECLIPT GAMING, an unknown business entity | Defendant |
| ITSLILBRANDON, an unknown business entity | Defendant |

04/23/2021
Date

/s/ Farhad Novian
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff TRILLER, INC.