NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
FARHAD NOVIAN (SBN 118129)
farhad@novianlaw.com
MICHAEL O'BRIEN (SBN 277244)
mobrien@novianlaw.com
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, California 90067

ATTORNEY(S) FOR: Plaintiff TRILLER FIGHT CLUB II LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware Limited Liability Company,<br><br>Plaintiff(s),<br>v.<br><br>FILMDAILY.COM, an unknown business entity, et al.,<br><br>Defendant(s) | CASE NUMBER:<br>2:21-cv-03502-PA-RAO<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Plaintiff TRILLER FIGHT CLUB II LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware Limited Liability Company | Plaintiff |
| FILMDAILY.COM, an unknown business entity | Defendant |
| ACCESSTVPRO.CO, an unknown business entity | Defendant |
| ONLINE2LIVESTREAM.US, an unknown business entity | Defendant |
| CRACKSTREAMSLIVE.COM, an unknown business entity | Defendant |
| SPORTS-TODAY.CLUB, an unknown business entity | Defendant |
| MY-SPORTS.CLUB, an unknown business entity | Defendant |
| BILASPORT.COM, an unknown business entity | Defendant |
| TRENDY CLIPS, an unknown business entity | Defendant |
| MIKE, an unknown business entity | Defendant |
| YOUR EXTRA, an unknown business entity | Defendant |
| ECLIPT GAMING, an unknown business entity | Defendant |

*See Attachment for Additional Parties*

April 29, 2021                            /s/ Farhad Novian
Date                                     Signature


Attorney of record for (or name of party appearing in pro per):

Plaintiff TRILLER FIGHT CLUB II LLC

**ATTACHMENT TO CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

| PARTY | CONNECTION/INTEREST |
|---|---|
| ITSLILBRANDON, an unknown business entity | Defendant |
| the H3 PODCAST, an unknown business entity | Defendant |
| H3H3 PRODUCTIONS, an unknown business entity | Defendant |