|   |   |
|---|---|
| 1 | FARHAD NOVIAN (SBN 118129) |
|   | farhad@novianlaw.com |
| 2 | MICHAEL O'BRIEN (SBN 277244) |
| 3 | mobrien@novianlaw.com |
|   | ALEXANDER BRENDON GURA (SBN 305096) |
| 4 | gura@novianlaw.com |
| 5 | **NOVIAN & NOVIAN, LLP** |
|   | 1801 Century Park East, Suite 1201 |
| 6 | Los Angeles, California 90067 |
| 7 | Telephone: (310) 553-1222 |
|   | Facsimile: (310) 553-0222 |
| 8 |   |
| 9 | Attorneys for Plaintiff TRILLER FIGHT CLUB II LLC |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>FILMDAILY.COM, an unknown business entity; ACCESSTVPRO.CO, an unknown business entity; ONLINE2LIVESTREAM.US, an unknown business entity; CRACKSTREAMSLIVE.COM, an unknown business entity; SPORTS-TODAY.CLUB, an unknown business entity; MY-SPORTS.CLUB, an unknown business entity; BILASPORT.COM, an unknown business entity; TRENDY CLIPS, an unknown business entity; MIKE, an unknown business entity; YOUR EXTRA, an unknown business entity; ECLIPT GAMING, an unknown business entity; ITSLILBRANDON, an unknown business entity; the H3 PODCAST, an unknown business entity; H3H3 PRODUCTIONS, an unknown | CASE NO.: 2:21-cv-03502-PA-RAO<br><br>**NOTICE OF ERRATA TO DECLARATION OF MICHAEL O'BRIEN IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR EXPEDITED DISCOVERY**<br><br>Complaint Filed: April 23, 2021 |

1  business entity; and DOES 1 through 100, inclusive,
2
3               Defendants.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# NOTICE OF ERRATA

Plaintiff Triller Fight Club II LLC ("Plaintiff" or "Triller") respectfully submits this Notice of Errata to the Declaration of Michael O'Brien filed in Support of Triller's *Ex Parte* Application for Expedited Discovery (the "Declaration"), which was filed on May 5, 2021 (Dkt. No. 24.) Exhibits A and B to the Declaration contained true and correct copies of Triller's proposed subpoenas to Google LLC and YouTube LLC (the "Subpoenas"). The Subpoenas contained inadvertent typographical errors, including with respect to certain of Defendants' URL addresses. Triller is concurrently filing corrected copies of the Subpoenas that correct these typographical errors and make no other changes.

Dated: May 6, 2021	NOVIAN & NOVIAN, LLP
	Attorneys at Law

	By:	/s/ Farhad Novian
		FARHAD NOVIAN
		MICHAEL O'BRIEN
		ALEXANDER BRENDON GURA

		Attorneys for Plaintiff TRILLER FIGHT CLUB II LLC