JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, | Case No. CV 21-3502 PA (RAOx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| FILMDAILY.COM, | |
| Defendant. | |

In accordance with the Court's August 9, 2021 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: August 9, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE